**UNITED STATES of America,
Appellee,**

v.

**Pedro SANCHEZ, Defendant–Appellant.**

No. 05–2143–cr.

United States Court of Appeals,
Second Circuit.

Nov. 8, 2007.

Mitchell S. Kessler, Law Office of Mitchell S. Kessler, Cohoes, NY, for Appellant.

Tanya F. Miller, Assistant United States Attorney, (Michael J. Garcia, United States Attorney, Michael A. Levy, Celeste L. Koeleveld, Assistant United States Attorneys, on the brief), United States Attorney's Office for the Southern District of New York, New York, NY, for Appellee.

PRESENT: JOSÉ A. CABRANES, ROBERT A. KATZMANN, PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Defendant-appellant appeals from the judgment of conviction in the District Court, following his guilty plea to conspiracy with intent to distribute a controlled substance in violation of 21 U.S.C. § 846. He was sentenced principally to a term of 135 months' incarceration. Defendant-appellant argues that the sentence imposed on him was unreasonable because it is longer than necessary to serve the purposes of 18 U.S.C. § 3553(a)(2). We assume the parties' familiarity with the facts and procedural history of the case.

We review the imposition of a sentence for procedural and substantive reasonableness. *United States v. Crosby,* 397 F.3d 103, 114 (2d Cir.2005). We also conclude that the sentenced imposed on defendant-appellant is not unreasonably long.

The judgment of the District Court is **AFFIRMED.**